UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON
DOCKET NO. 18-CR-29-DLB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | |
| ) | **KERRY KENNEDY'S** |
| VS. ) | **SENTENCING MEMORANDUM** |
| ) | |
| KERRY M. KENNEDY ) | |
| ) | |
| DEFENDANT ) | |

## SENTENCING REQUEST

Kerry Kennedy respectfully requests the Court to consider imposing a sentence of seven (7) years in this case. Kerry Kennedy believes this sentence is appropriate under 18USC§3553. Kerry Kennedy believes a sentence of seven (7) years is sufficient to reflect the seriousness of the offense, to promote respect for the law, to protect the public and to provide just punishment for this particular offense. This sentencing suggestion is based upon the nature of the crime, the history and characteristics of Kerry Kennedy as set forth in this sentencing memorandum and the letters written in support of Kerry Kennedy.

## FAMILY SUPPORT-PROTECTION OF THE PUBLIC

Kerry Kennedy's family is fully aware of the facts of Kerry's case and the nature of the proceedings. Kerry Kennedy's family, his father, mother and brother are one hundred percent (100%) supportive of Kerry and his need to continue with his recovery as is evident from the Presentence Investigation Report and the letters of recommendation written in support of Kerry Kennedy. Kerry Kennedy's family believes this will never happen again.

A brief review of the Kerry Kennedy's family history will give the Court insight to who Kerry Kennedy is and the person the Court is sentencing and the basis for Kerry Kennedy's sentencing recommendation.

Kerry Kennedy was born on October 2, 1988 in Cincinnati, Ohio to his parents, Michelle Antrobus and Patrick Kennedy. Kerry Kennedy's parents divorced when Kerry was two (2) years old. Kerry's father's alcoholism was the reason for the separation of his father and mother and their eventual divorce.

From the time Kerry was a little boy, his father and mother knew Kerry had learning disabilities. In fact, Kerry had a hard time learning what it was like to be around other children. Kerry started out in special learning classes before going to school because of his learning disabilities.

Kerry was set up very early in school with an Individualized Educational Program. Kerry continued with his Individualized Educational Program the entire time he was in school.

Throughout Kerry's life, in addition to his ADHD diagnosis, Kerry suffered from anxiety and depression. Kerry began taking medication when he was seven (7) years old and saw multiple doctors to attempt to address his conditions. Kerry saw Dr. Michael McIntosh in Fort Wright, Kentucky and multiple doctors with Children's Hospital when he was in middle school.

During the summer of Kerry's middle school years, he was a volunteer at the Redwood Rehabilitation Center of Northern Kentucky helping handicapped children. The children there loved him. Kerry did this up until the start of his high school when the rules were changed and volunteers had to be certified to continue to assist there.

As school progressed, Kerry never had a girlfriend and the friends he seemed to eventually have friendships with were only the children in special education classes.

Because of the extent of Kerry's learning disability, he is enrolled for life in a program

Conner High School got him into when he was a senior. The program is with the Office of Vocational Rehabilitation. Kerry will be able to return to them for training and assistance in finding employment upon his release.

At the time of his arrest, Kerry was employed by Got Print in Hebron, Kentucky for the past five (5) years. Kerry's mother has kept up with Kerry's supervisor since the charges were filed against him. Kerry's supervisor has told Kerry Kennedy's mother to have him come back to work when his case is concluded.

Kerry, before his arrest, lived with his brother and his brother's girlfriend.

## COOPERATION AND LACK OF CRIMINAL RECORD

Kerry is currently 30 years old. Per the Presentence Investigation Report, he has no Juvenile Adjudications and no Adult Criminal Convictions. Kerry's total criminal history score is zero. A criminal history score of zero establishes a criminal history category of I on the Federal Sentencing Guidelines.

Kerry fully cooperated with the investigation of his current charges. Following the execution of a search warrant, Kerry consented to an interview with the authorities where he laid out all of his involvement and answered all of their questions.

Kerry is extremely remorseful for his actions in this case. Kerry will address the Court at the sentencing hearing.

## CIRCUMSTANCES OF THIS OFFENSE

The Court is aware of the underlying facts of the current offense. Kerry took no pictures. Kerry produced no videos. Kerry paid no money to receive these pictures nor received any money for the pictures he shared. Kerry is fully aware the number of images in this case is large however the Court has seen cases with a greater number of imagines. As previously mentioned, Kerry fully cooperated with the government.

## RISKS TO RE-OFFEND

As is pointed out above, Kerry's family will assist to reduce his risk to re-offend. Even though Kerry's family was unaware of Kerry's conduct, the chances of his conduct happening again are indeed slim.

Kerry had scheduled his first appointment with Dr. Steve Hoersting, his therapist, before his first encounter with the F.B.I. Because of the Doctor Hoersting's waiting list, Kerry did not have his first appointment with Dr. Hoersting until after his first encounter with the F.B.I. A review of the therapist's records reveal Kerry wanted to work with him regarding at least two primary goals -- reduce anxiety and improve his self-control. Kerry attended the following sessions with Dr. Hoersting: August 22, 2017, September 6, 2017, September 18, 2017, October 30, 2017, December 13, 2017, December 28, 2017, January 26, 2018, February 15, 2018, February 27, 2018, April 6, 2018, May 18, 2018, June 11, 2018 and October 30, 2018.

Copies of the Kerry Kennedy's counseling sessions with Dr. Hoersting are being filed under seal by agreement with the United States of America.

Kerry did well with his therapy and was making progress with his therapy sessions with Dr. Hoersting. Kerry would like to continue to see Dr. Hoersting upon his release so Dr. Hoersting can continue to assist him to hopefully insure Kerry does not re-offend.

## CHARACTER LETTERS FROM FAMILY

Attached hereto are letters written by Kerry Kennedy's family in support of him.

## SUGGESTED SENTENCE

Kerry Kennedy has been incarcerated since August 17, 2018. Because of Kerry's lack of prior convictions, absence of alcohol abuse, possession of a two (2) year diploma in graphic design

from Big Sandy Community and Technical College, and Kerry's regular employment before his arrest, Kerry is requesting this Court to consider imposing a sentence of seven (7) years.

Respectfully submitted;

BUSALD FUNK ZEVELY P.S.C.

BY: _____/s/ Michael J. McMain_____
MICHAEL J. MCMAIN, KBA #46720
Attorney for Kerry Kennedy
P. O. Box 6910
Florence, Kentucky 41022-6910
(859) 371-3600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Notice of Filing of Kerry Kennedy's Counseling Records with Dr. Steve Hoersting Under Seal was transmitted by e-mail, hand delivery, facsimile or by first class mail postage paid this 27th day of March, 2019.

U. S. Probation Office

Hon. Wade Napier
  Assistant U.S. Attorney

Hon. Judge David L. Bunning

BUSALD FUNK ZEVELY P.S.C.

BY: _____/s/ Michael J. McMain_____
MICHAEL J. MCMAIN, KBA #46720
Attorney for Kerry Kennedy
P. O. Box 6910
Florence, Kentucky 41022-6910
(859) 371-3600

Dear Judge Bunning,

I'm writing in hopes you will be able to better understand Kerry Kennedy and the person he is before you determine his sentence.

From the time he was a little boy, we understood he had some learning disabilities. He had a hard time learning what it was like to be around other children, and he started school late because of his birthday. He was always going to be the oldest kid in the class. Kerry started out in a special learning class before going to school because of his learning disability.

Kerry's early days at school were filled with trying to get him to understand how to interact with the other kids. I knew when the other kids would mature, Kerry would be left behind until he caught up with them mentally, and that was hard on him and us too, watching him having to deal with that. He was set up very early in school with an IEP, "Individualized Educational Program". (An IEP defines the individualized objectives of a child who has been determined to have a disability or requires specialized accommodation, as defined by federal regulations. The IEP is intended to help children reach educational goals more easily than they otherwise would. There are four component goals: conditions, learner, behavior, and criteria. In all cases, the IEP must be tailored to the individual student's needs as identified by the IEP evaluation process, and must especially help teachers and related service providers; such as paraprofessional educators, understand the student's disability and how the disability affects the learning process.) Kerry was under this program the entire time he was in school.

Getting along at school with the other students was hard for Kerry as they progressed and he couldn't keep up. But the one thing going for Kerry was everyone loved him! It seems what he lacks mentally in keeping up with others, he made up for with his deep compassion for others. I believe this was because of how he felt as he grew up, he wanted to be understood so much he developed compassion for others. In fact, his compassion for others was what led Kerry to many times stop taking his medication for his panic attacks and ADHD medication. Regarding the school shootings he would hear about on the news so many times he would say there was concern the medications these shooters were taking caused them to do these terrible things to their fellow students! When I would ask him if he needed his meds refilled, he would break down in tears and tell me he hadn't been taking it because he didn't ever want to hurt anyone like he would hear in the news. That depth of compassion is still a deep trait Kerry still has.

The teachers knew if anyone had any problems getting along with others in class, they put them/seat them, with Kerry, because he could find a way to help the other student because of his compassionate personality and he is very, very funny. I remember being very frightened to hear when he was at Conner High School, the special education teachers told me they had a very violent student that couldn't get along with anyone, but they sat him with Kerry in hopes there would be a change. The student's personality would be changed. Soon the student was laughing and getting on with the rest of the special ed class. Kerry has the ability to see the pain in someone and help them, he always has.

During his life, Kerry also suffered terrible anxiety and depression, along with ADHD. He was on medications from 7 years old and saw many doctors. He saw Dr. Michael McIntosh, in Ft Wright, Ky., and also doctors over at Children's Hospital for a few years when he was in middle school. The only thing they would do is prescribe different medications for him. We stopped seeing the doctors since none of them seemed to help Kerry. He never seemed to get any better. Before all this happened, he agreed to start seeing another doctor to help him with his coping. That latest doctor was Dr. Steven Horsting in Florence, Ky. He saw Kerry for a year.

When Kerry was young he had severe anxiety when he would be separated from us to the point if he didn't think I was home on time from work he'd walk to the highway to see if he could find me, fearing I was in an accident. This drove his older brother and grandmother to the end of their wits. He had panic attacks and couldn't function. When he was in middle school, he would tell me some mornings he knew it sounded like he was crazy (he would actually say that), but he couldn't go to school and leave me. He had to come with me because something terrible may happen to me. His anxiety was profound. His father and I were divorced when he was 2 years old, and there was abuse towards me from his father, and he was an active alcoholic at the time. It was very messy and Kerry unfortunately remembers it. This caused him to become very fearful to be away from me for an extended amount of time, and he was very watchful for my well being. Kerry is also very obsessive compulsive, and that was always his nature. But the abuse in the home from his father towards me and also after we were divorced made things worse for Kerry. Everything had to be a certain way, there had to be order. It was probably the only way he could control anything in his scary world. I tried so hard, and that is why Kerry and I have a very close bond.

As school progressed, Kerry never had a girlfriend, and the friends he seemed to eventually have friendships with where the kids in the special ed class. The other kids became more mature, but not Kerry. He developed a great sense of humor and was is very funny. I'm sure it was a coping mechanism for him, and it worked, but not with adults. I worried for what the future held for him as he began to become more and more cut off from people because he wasn't able to understand how relationships worked between people, and his self esteem eroded. He was taken advantage of over and over, thinking people only had his best interest at heart like he did theirs. Then these people would disappear. You can't believe the times he was cruelly taken advantage of, yet he never, ever, ever, said anything mean or derogatory towards any person ever! You still can't get him to do that. And boy, if you ever slightly made fun of someone, even driving in the car and mentioning a person you passed on the street, he reprimanded you immediately! His heart is what my mom always called simple and loving. She always said she feared for him too, when he went out into the world. She worried that people would misuse his trust and loving nature. She mentioned this all the time to me. I worried too.

He took everything someone said at absolute face value. He lost jobs because of this. Supervisors didn't understand when you asked Kerry something, he didn't see in slight innuendos of the conversation. He took everything that is said to him at absolute face value, and he answered them or carried out requested tasks in the same complete honest way. Kerry

doesn't understand the give and take of conversations between people. He trusts what you say completely. If they asked if he would rather be home, he would tell them yes, if they told him to sit at a desk until told to move, but someone else asked him to do something, he wouldn't. He is honest to a fault. This has caused him to become fearful of people and his interactions with others, and he has become more reclusive because of people not understanding him, and him not understanding others.

Because of the scope of Kerry's learning disability, he is enrolled for life in a program they got him in when he was a senior at Conner High School. It is through the Office of Vocational Rehab. He will be able to return to them for training and they will offer him help and support in finding employment. (Well, after this that will be even harder, won't it.) But through the "OVR", he was able to be enrolled in one of the last, hands on vocational training in the states. He went to down to Carl Perkins Vocational Center, and for 3 years he attended Big Sandy Technical College. He was terrified of the distance between us, but he forced himself to be strong and do this. We were so proud of him! He learned computer graphics and art, photography, and printing. He really can't use the diplomas he got because he doesn't have degrees. But it doesn't matter, he did it. Even though some teachers told him he wouldn't be able to make the grades, he worked so hard and even managed to be on the honor roll one semester. He was really starting to believe in himself.

He ended up at a job for the last 4 years at a printing place that he had to work 2nd shift. This wasn't what he wanted, and the second shift job caused him to not be able to come over to our weekly "Pizza Movie" nights that we always had from the time of grade school, where I promised my 2 boys if they gave me just one night, I'd feed them pizza and we'd watch a movie... just one night a week! And it worked! They brought over friends and it was a beloved tradition, that just recently now ended. Everyone knew about "Pizza Movie Night", my co-workers would come over, and it was great! But when Kerry started 2nd shift work, he was even more cut off from family and friends. Holidays and get togethers were interrupted for him with this 2nd shift job. This killed his spirit even more. And then the problems with other co-workers at the job started because of Kerry's inability to understand relationships with others. These people are not the people that Kerry ever associated with before, they were a rougher crowd and he was picked on, intimidated and harassed. This really scared us as a family. He told us of the threats he got, of the really unkind treatment he received from other workers. He's an easy target, he never retaliated. And how can you call your adult son's job to tell them to have it reported when Kerry wouldn't do it himself! He didn't want to cause any problems. But after 4 years and not giving in to my and his father's requests that he quit and find other work, he persevered! He was training others now, and the level of acceptance for him grew so much that he was SO loved and respected! When I had to call and tell them that he wouldn't be able to come back to work, the head of HR (I only know her name was Jamie, and we spoke several times on the phone), called me back and told me that no matter what, if Kerry could come back to work there, they are ready to take him back even with these charges against him! This woman was the same person that wouldn't hire Kerry at first, but the big boss happened to know Kerry's dad, so he

got in. She wasn't happy. But now she calls me back to ask how he's doing and tells me to have him come back to work when this is over!

So how devastating is this to this person; Kerry, that he finally was accepted, got promoted, got pay raises, and then was just asked if he wanted to work 1st SHIFT! They love him so much there, but now, after a stupid mistake, the life he was finally making for himself after all this time was taken away.  I'm sure the world is so much better that this monster is off the streets. I'm sorry for my sarcasm, but really.

The FBI knew Kerry did this thing, even told me and Kerry after the first time they questioned him his "behavior" wasn't typical, that he didn't have the profile of a "serial predator", the man that administered the polygraph test to him the first time that he wasn't the same trash they brought in, then they take him in for this all this time later. Because they are keeping this monster off the streets and away from children and ruin this simple life that he was finally starting to cut out for himself. I know what they said to him was true, because when you know Kerry, you know he cannot lie to you. It's not in his personality trait. He is brutally, brutally, honest. To a fault.

Let me tell you this story about when Kerry was down at Paintsville Ky at Big Sandy. He lived in a dorm there, and it was so hard for him. When he came back to school after Christmas break one year, he was approached by the counselors at Carl Perkins Vocational School where he was staying before he made his way to his dorm room. There was a new student that arrived during the break and no one wanted to be his room mate. The reason was the student was homosexual.  They knew Kerry, and knew his personality, and they set this student up in Kerry's dorm room without even asking. They told Kerry they knew that out of all of the other students, they knew he would be the one to make this student feel comfortable. And they were right. Kerry accepted him with open arms, and in spite of their differences it didn't matter to Kerry. They became very good friends and still stay in contact. This didn't bother Kerry in the least. He doesn't see any faults in people still, and this was not a problem with him. This is the BIG Heart of Kerry Kennedy.

Kerry is his grandmother's favorite. He is the FAMILY'S favorite! He is funny, can recite Monty Python sketches to keep you laughing when you are so upset you could cry.  He is the most loving person, he is a gift. He is troubled and scared. This is not a monster. He will never, ever, let you down, even though he has been so depressed in his life he wanted to die, he would never let you know. Shortly after his incarceration, he told me that one morning he woke up and he looked up and he realized that he was in jail, he told me that he felt lonely and deserted and cut off from life. He knew that other people are living their lives and he wasn't. He said he never felt so alone. And then he said, "Mom, that wasn't even when I was in jail. This was before I was in jail." That's how lonesome he was, just to the brink of suicide.

While Kerry is incarcerated at the Boone County Jail, his spirit has been nearly broken. I fear for him. I don't think we'll get the "old" Kerry back.  His older brother tells me Kerry is stronger

than we think though, so I cling to that. This charge against him is something that he did in a low point of his life, and afterwards, records show, that he didn't return to this behavior. Why the FBI felt they needed to waste all the taxpayers resources on keeping the "Monster" off the streets is beyond me, and my friends, and family's understanding. This is the kindest, most caring person you would ever have the privilege of meeting. He is loving beyond belief, and honest to a fault. He tells me of the people he is incarcerated with, and what they have been charged with, and the sadness he has for them, along with the prayers he says for them every night. He tells me it takes him 30 to 40 minutes to pray for each of them each night in quiet, as he doesn't want them to know. He told me just last night that it is so cold in there, he's been sick, and was sorry that he was so sick he couldn't do his prayers. I told him God understands. He's afraid to tell them he's sick because he doesn't want to be removed from the cell he shares with all the others there. He tells me how happy he is when one of his fellow inmates are released, even though he misses them and wishes it was him coming home to us. He is so cold and they just have no concern for the inmates there at the Boone County Jail, that his fingernails are blue, but he can't even have a jacket. They treat them like they are dogs. Luckily another inmate gave him a pair of socks and showed him how to make sleeves to keep his arms warm. A new inmate was just received and during the night he called one of Kerry's cellmates to the corner to ask if there were any child molesters in their cell. The cellmate just walked away. The treatment is most likely because of the reason they are in there. In society's eyes, this is the treatment he deserves. Will we get our special Kerry back? And then, what of the world will be available to him afterwards? He is even more afraid now than ever because of that loose threat from that new inmate.

I'm so sorry to ramble. But the world is not a better place because Kerry Kennedy is incarcerated. The world would be blessed to have him in it. He knows what he did was wrong. He won't do it again. Ask him, he's too honest to lie. Give him a chance again to try to rebuild a life again, after it took him so long to finally find a niche and gain respect. The fragile existence he had just started to develop was ripped away from him. This isn't fair. Hopefully you can understand a mother's love for her son.

I hope I have shed some light on Kerry Kennedy and the person he is. We love him SO much and miss him more than anybody could know.

Thank you very much for you time and consideration.

Michele Antrobus       *Michele Antrobus* (signature)
4860 Harvard Court
Burlington, KY 41005
859-462-0919

1/30/2019

TO THE HONORABLE JUDGE BUNNING

I am Patrick Kennedy, the father of Kerry M. Kennedy. I am writing in hope and mercy to clarify my understanding of circumstances with my youngest son, Kerry.

To share with you Judge, my relationship with my son, Kerry and I, is by far the hardest thing I have had to do in my lifetime.

These circumstances have without a doubt changed all of our lives.

I feel horrible for Kerry and admittedly feel I have failed him as a father, but I know that is just my self-centeredness at times.

My alcoholism was a direct result of the separation and divorce with Kerry's mother when he was 2 years old.

I am a person who does believe when family structures are broken down, vulnerable children are hurt the most. Thank God I found sobriety and by the grace of God, to the best of my ability, I have tried to repair the damage. This of course is not about me.

Since Kerry was an adolescent, he had obsessive fears of all sorts. I tried many times as a father to help him work through them. When he was 7 or 8 years old, teachers diagnosed Kerry with ADHD. Through several years and combined medications Kerry told me at times, he didn't feel like other people. All of my family and friends loved Kerry and still do today.

I was so happy and proud to hear when he attended middle school, since he volunteered to help handicapped children during the summer months. Kerry was well received by everyone who came in contact with him. I know Kerry as a compassionate and loving soul, and at times that has allowed him to be taken advantage of.

I know his learning disabilities made him feel like an outcast. I was amazed at an early age when he told me he made a decision not to drink alcohol or smoke cigarettes. That has held to today. My son Kerry has never been in a violent fight in his life.

Kerry adored and still does, his older brother Colin. They have always held close through the years, and spent much time together, until Kerry started working 2nd shift at the Printing Company in the last 4 years. I always worried for Kerry because he isolated himself with his job and barely saw or talked to his brother, during the week, even when he lived with his brother.

Kerry had a best friend, until recently who he spent time with on the weekends and a lot of times after work (midnight). This friend by his choice did not have a driver's license and continually asked Kerry to pick him up at work, 2nd shift also and take him home. Kerry craved friends so he tolerated it. That friend used Kerry and took advantage of his compassion.

Since Kerry has been incarcerated, "that friend" to my knowledge has not attempted to visit Kerry in jail. I know he is hurt, but will not say anything or show his hurt to me!

My son Kerry has deep regret for his actions and has apologized to me and our family numerous times in the first few months. I have, like any parent told him we love him no matter what, and support him.

Since Kerry has been in jail, he has entered a Spiritual Experience in my belief with what he has shared with me. He has been off all medication and has told me that he is thankful for that, considering the circumstances.

I would like to end this letter by stating, and with Kerry's own words, that God has woken us all up. I encourage Kerry to see that he has a purpose in life, and this too shall pass!

I believe in dark times in our lives, that something good comes from it, and we as a family are seeing that. My relationship with Kerry's mother (Michele) and I is better than it has been in 30 years. We are on a spiritual connection that we have never had. My son Kerry sees that also. Our family is united in this.

I would like to thank you sir for your time and will pray for your compassion and mercy for our son.

Respectfully Yours,

*Patrick Kennedy*

Patrick Kennedy

Dear Judge Bunning,

    I would like to take a moment to share about the kind of person that my younger brother, Kerry, is and the traits he possesses that make me proud to be his brother.

    Kerry has always been a very present and important piece of the life of my family and that of my own. The exuberant sense of humor he brings to gatherings of family and friends is a trademark of his and certainly something we look forward to. He is able to lighten up a room even when it comes at the expense of his own discomfort or awkwardness, something I'm admittedly quite envious of! It is this quality that speaks even more to his overall personality; his selflessness and how he strives to accommodate others.

    Being his older brother has not always been easy as at a very early age he suffered from severe anxiety, especially separation anxiety, that resulted in some irrational behavior. This was not only frustrating for me to deal with, but I also had the secondary frustration of having to defend him after my friends would ask why my brother acted the way he did. I knew that if the friends who were my age were so inquisitive towards his behavior, that the younger kids in his class were likely less forgiving.

    While this was true to some degree, it was more so that people were drawn to his caring and simplistic nature. It was here where he really started to develop the awesome sense of humor he still wields today. Kerry also had a learning disability and was placed in a special education program for the duration of all his schooling. Where a lot of kids his age may have become more withdrawn or isolated in a gap of mental or social maturity, he instead connected with others through his compassion and emotional intelligence.

    The other students in his special education program gravitated towards him as he accepted everyone for who they were, it was a breath of fresh air for most of those students who didn't always experience that kind of treatment from peers. I remember he used to volunteer at the Redwood Rehabilitation Center of NKY helping handicapped children throughout the summers of his middle school years where the kids loved him. He did this up until the start of high school when they had changed the rules and started requiring that volunteer assistants be certified, leaving him with no option but to quit.

After high school he went on to obtain certifications in computer graphics/design and photography at the Gateway Community & Technical College, Big Sandy location. This was no small feat for him, given the fact that this location is about 3 hours away and he attended for 3 years. He had never been away from home like that, so needless to say we were all very proud of him and I know he was very proud himself. It was a major accomplishment and one that enabled him to advance through recent promotions at his job at a printing facility.

Kerry was just starting to break out of his shell in the past few years due to this newfound confidence and sense of self-worth, despite still fighting his depression. He began to see a psychiatrist on a regular basis which I truly feel was helping him with his emotional and social growth. However, since being incarcerated I fear for his mental health as he has not only been with medication, but also hasn't been able to speak with his therapist.

With the initial visit from the authorities in 2017, it was the biggest shock of our lives. Kerry had not understood the weight and implications of his choices until they were literally banging on the front door. He never had any intention to cause anyone harm or discomfort of any shape or form; it is simply not the kind of person he is. Now more than ever, he could not be more fully aware of the mistake he's made and the severity of it. If one thing is for absolute certain, he will never make the same mistake again.

My brother has now found himself lumped into one of the worst categories he could be in and one that couldn't be further from who he is as an individual; he really is an outlier. He wants nothing more than to prove to everyone that he is still very much the caring and compassionate person we have always known him to be. I hope you can take these words into consideration when reviewing his unique case.

Thank you very much for your time,
Colin Kennedy

To whom it may concern:

I am writing this letter to provide my perspective of my nephew Kerry Kennedy. Although all of my nieces and nephews are special to me, each has their own nuances which make them uniquely special. Kerry has always been that sweet little boy, quiet, shy, and someone you felt you had to protect.

I remember Kerry as an inquisitive person. He liked to experience life, but in a controlled manner. As long as we told him what we were doing, where we were going, how long he would be away from his Mom, he was fine. I was lucky enough to have a work schedule when Kerry was born to about the age of eight or so that allowed me to spend a lot of time with him. I would take him and his older brother Colin to the zoo, Krohn Conservatory, museums, etc. They were a joy to be with. I loved being with them and seeing the world through their eyes.

I know that Kerry saw his mother being abused by his father, and that deeply affected him emotionally. When he would spend the night with me, he would have nightmares and talk in his sleep. He often cried out for his Mom. I remember just holding him, telling him that she was ok, he was okay. He may not even recall these incidents, but they stuck with me even after all of these years. I would often wonder how what he saw would impact him emotionally as he grew up and how it would affect his relationships.

As he entered school, we noticed that he struggled to keep up with the other kids. His mother was definitely his advocate and worked with the schools to get him support, as much as they could give him. Kerry would work with his Grandmother on his reading. You could tell his lack of progress got to him, but he never lost his sense of humor. And he never gave up.

I remember Kerry being a magnet for children, he could relate to them. He would play with his nieces and nephew for hours. To this day, Kerry is my sons' favorite cousin. They love his sense of humor, how he can make them laugh by just being his goofy self.

When I told them that cousin Kerry was in jail, and for Child Pornography, they were stunned. Their next reaction was to ask if he was okay. They had a lot of questions but they kept coming back to how he was feeling, if he was okay. Children are intuitive; they know that Kerry is not like other "grownups". They describe him as a little kid in an adult body. He is special; they do not think he is stupid, just childlike. He is their cousin, who they love.

It is hard for me to believe that Kerry would do anything intentionally to hurt someone. It is just not in his nature. I remember Kerry getting upset if he heard anyone making fun of someone else. He does not like to see anyone put down or taken advantage of. Actually now that I think about it, just recently speaking to him on the phone I said something that made fun of someone and he quietly told me that I should not do that, it was not nice. So like Kerry, even in the tuff environment he is in.

Kerry and I have reconnected since he has been in jail. He is still the same gentle boy I spent so much time with years ago. I know that he is a grown man, but you can still sense that scared little boy. Time and time again Kerry tells me that this situation has really changed him. He now understands how he has made his own personal jail by the choices he made in his life. He understands how his

choices may have hurt others and now he knows what bad choices he made. With this knowledge he has grown and continues to grow. He will not make the same mistakes again.

I am concerned how being in Jail is affecting Kerry. Since being in jail he has not had his anti-depression medication, he has not had consistent access to counseling. On multiple occasions when speaking to Kerry on the phone, he has either just finished crying or was crying because of things that had happened in the cell. Kerry is so sensitive he is deeply impacted by others' stories, the negativity in the often overcrowded cell, and the perceived unfairness of the COs.

I truly believe that Kerry does not fully understand what is happening to him. When his lawyer speaks to him or shows him any paperwork, he just does not have the capacity to grasp what is being said or agreed to. I know you see this often, but I am telling you this again for Kerry and his situation. Once you explain something to Kerry in a manner that he can understand, he complies 100%. Kerry has learned what he did was wrong.

When the police told him in 2017 to keep his 'nose' clean, he did. He went to counseling and it was helping him. I am confident that he will continue to go to counseling and seek the help he needs. Each time Kerry is given the option to better himself, he takes it.

I hope that these insights help you to understand the Kerry we know and love, not just the Kerry you know from reading cold, static raw numbers.

Sincerely,

*Constance M Infantino*

Constance M Infantino

To Whom It May Concern;

As the Grandmother of Kerry Kennedy I want to present some issues that may affect your decision when dealing with him when his hearing is held.

Kerry was raised for most of his life by a single ,working parent, due to the separation and subsequent divorce from his father, who had problems with alcohol, as well as some harassment issues due to his drinking.

When he was young, his mother and I took him to Children's Hospital on a regular schedule, to have sessions with a child psychologist, I never noticed any improvement after he finished with this program.

After he was graduated from High School, there was talk about his getting further education. He told me that he did not think that he could go to college because he did not know how to study. He said in High School he was put into a class with the other DUMB kids and they NEVER did any homework, others did their homework for them!

He told me that at the job where he was currently working, as soon as he arrived on the job, an older man would begin tormenting him, and Kerry would never retaliate or complain to anyone there at work, he was too timid.

I also learned that on more than one occasion, he would be seeing a girl friend and after she got a nice Christmas present from him, she would drop him.

Kerry could never look someone in the eye when he talked to them, and vice-versa. He almost never could initiate a conversation, even with me!

   I hope that due to some of these occurrences, you can tell that Kerry has deep seated Sociological difficulties and I hope that incarceration will not be the decision you will be choosing.

                              Thank you for you consideration,

                              *Margaret McKnight* (signature)
                              Margaret McKnight